# Court of Appeals
# of the State of Georgia

ATLANTA, February 11, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0757. BOATSWAIN v. THE TJX COMPANIES, INC. et al.**

The above appeal was docketed on December 29, 2015. The appellant's brief was due on or before January 18, 2016. As of the date of this order, appellant has not filed appellant's brief and enumeration of errors. See Court of Appeals Rule 23 (a). Therefore, appellee's motion to dismiss appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/11/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*